PER CURIAM.
Affirmed. See: Yarbrough v. Ball U-Drive System, Inc., Fla. 1950, 48 So.2d 82; Garrison v. Hertz Corporation, Fla.App. 1961, 129 So.2d 452; Perma Spray Manufacturing Co. v. LaFrance Industries of Miami, Inc., Fla.App.1964, 161 So.2d 13; Winn-Dixie Stores, Inc. v. Sellers, Fla. App.1964, 161 So.2d 251; Holman v. Ford Motor Company, Fla.App.1970, 239 So.2d 40; Westerman v. Shell’s City, Inc., Fla. 1972, 265 So.2d 43.